No. 72–812. STORER ET AL. *v.* BROWN, SECRETARY OF STATE OF CALIFORNIA, ET AL.; and

No. 72–6050. FROMMHAGEN *v.* BROWN, SECRETARY OF STATE OF CALIFORNIA, ET AL. Appeals from D. C. N. D. Cal. [Probable jurisdiction noted, 410 U. S. 965.] Motion of appellants in No. 72–812 for divided argument granted. It is ordered that Paul N. Halvonik, Esquire, and Joseph Remcho, Esquire, be permitted to present oral argument in the consolidated cases. Motion of appellant in No. 72–6050 to argue orally *pro se* denied.

No. 72–822. RENEGOTIATION BOARD *v.* BANNERCRAFT CLOTHING CO., INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 410 U. S. 907.] Motion of respondents to permit two counsel to argue orally granted.

No. 72–887. AMERICAN PARTY OF TEXAS ET AL. *v.* WHITE, SECRETARY OF STATE OF TEXAS. Appeal from D. C. W. D. Tex. [Probable jurisdiction noted, *sub nom. American Party of Texas* v. *Bullock,* 410 U. S. 965.] Motion of appellant Dunn for leave to proceed further herein *in forma pauperis* granted only to the extent that a typewritten brief may be filed.

No. 72–1148. CUPP, PENITENTIARY SUPERINTENDENT *v.* NAUGHTEN. C. A. 9th Cir. [Certiorari granted, 411 U. S. 947.] Motion of respondent for appointment of counsel granted. It is ordered that Ross R. Runkel, Esquire, of Salem, Oregon, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 72–6575. JOHNSON *v.* WYOMING ET AL.;

No. 72–6578. LODDY *v.* MEACHAM ET AL.; and

No. 72–6601. HAWKINS *v.* WYOMING ET AL. Motions for leave to file petitions for writs of habeas corpus denied.